# United States District Court
## Northern District of Illinois
### Eastern Division

| | |
|---|---|
| James Worthem (#2007-0071905) | **JUDGMENT IN A CIVIL CASE** |
| v. | Case Number: 08 C 2445 |
| Edwin A. Burnette, et al. | |

☐    Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury rendered its verdict.

■    Decision by Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that for the reasons stated in the Court's order dated 05/15/08, Plaintiff's motion for leave to proceed in forma pauperis [3] is denied.  As further stated in the Court's 05/15/08 order, the Court dismisses the instant action since Plaintiff has failed to state a valid claim against Defendants.

Michael W. Dobbins, Clerk of Court

Date: 5/15/2008                ___Michael Wing_____
                               /s/ Michael A. Wing, Deputy Clerk