88

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

James M. Worthem
PLAINTIFF

VS.

Edwin A. Burnette, et al
DEFENDANTS

FILED
JUN 23 2008
JUN 2 3 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NO: 08 C 2445

MR. DER-YEGHIAYAN
Honorable Judge

_____
MAGISTRATE JUDGE

### NOTICE OF INSTITUTIONAL NAME(S)

Honorable Judge MR. DER-YEGHIAYAN, I humbly request with all due respects to your Honor, that the Cook County Jail messed up on my name when I had completely finished my parole time in I.D.O.C. My real biological name is James M. Worthem, I was born on 6/11/1968 and my social security # is 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. My name is not David Scott but please take notice that my I-D# B-12624 is under both names in I-D-O-C, but because C.C.J. delivered me to I-D-O-C under the name "David Scott" it's what I have to go by until my release. My criminal case # is 07CR9711 and is under James M Worthem as is all of my other suits within the federal courts. I got arrested on 4/23/07 and have not been released since then. Please do not court sanction me for this infraction, it wasn't my doing, thank you.

TO: Honorable Judge
MR. DER-YEGHIAYAN
219 South Dearborn Street
Chicago, Illinois, 60604

FROM: James M. Worthem
(AKA) David Scott # B-12624
P.O. Box 1900
Canton IL, 61520

### PROOF OF SERVICE

I, James M. Worthem, Plaintiff pro-se, hereby certify that I mailed a copy of the above notice of institutional name(s) that Cook County Jail mixed up on their negligence, therein to the District Clerk of the courts. I acknowledge that this case is still pending before your Honorable court but I am only respectfully keepin your honor posted. This is being sent on 6/17/08, at or before 7pm, with proper postage pre-paid.

/s/ James Worthem
/s/ David Scott
(AKA)

Thank you and God bless you sir.